IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY J. RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:12cv158-WHA |
| ) | |
| UNITED STATES OF AMERICA ) | (WO) |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Judgment is entered in favor of the Defendant, United States of America, and against the Plaintiff, Larry J. Ray.  Costs are taxed against the Plaintiff.

DONE this 11th day of March, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE